512

**UNITED STATES of America, Appellee, v. John A. HATLEY, Defendant-Appellant.**

No. 8353.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 5, 1943.

Decided Oct. 12, 1943.

Harry Unger, of Newark, N. J., for appellant.

Edgar H. Rossbach, of Newark, N. J., (Charles M. Phillips, U. S. Atty., of Trenton, N. J., on the brief), for appellee.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. ESTATE of Edward Lathrop BALLARD, Deceased, Alden C. Noble and Elizabeth Biglow Ballard, Executors, Respondents.**

No. 106.

Circuit Court of Appeals, Second Circuit.

Nov. 8, 1943.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and L. W. Post, Sp. Assts. to Atty. Gen., for petitioner.

Conklin & Bentley, of New York City (William R. Conklin and Edward S. Bentley, both of New York City, of counsel), for respondents.

Before SWAN, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Decision affirmed on the opinion below, 47 B.T.A. 784.

**GEDEX REALTY CORPORATION, Plaintiff-Appellant, v. Joseph T. HIGGINS, Collector of Internal Revenue, Defendant-Appellee.**

No. 35.

Circuit Court of Appeals, Second Circuit.

Nov. 8, 1943.

Wickes, Riddell, Bloomer, Jacobi & McGuire, of New York City (Charles W. Tye, of Washington, D. C., of counsel), for appellant.

James B. M. McNally, U. S. Atty., and Marvin M. Notkins, Asst. U. S. Atty., both of New York City, for appellee.

Before SWAN, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed on the opinion below, 47 F.Supp. 342.

**STANTON CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 32.

Circuit Court of Appeals, Second Circuit.

Nov. 8, 1943.

Hugh Satterlee and I. Herman Sher, both of New York City, for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Samuel H. Levy, and Ray A. Brown, Sp. Assts. to Atty. Gen., for respondent.

Before SWAN, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Decision affirmed on opinion below, 44 B.T.A. 56.